ORIGINAL



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR 3 1 2005

CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JASON WALKER, GARY HAWTHORNE, ANTHONY ROSS, WILLIAM BARRETT, DONNA McGRATH and MICHAEL ROULHAC, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTRYWIDE CREDIT INDUSTRIES, INC. n/k/a COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE HOME LOANS OF TEXAS, INC., FULL SPECTRUM LENDING, INC., ANGELO R. MOZILO, STANFORD L. KURLAND, THOMAS H. BOONE, JOE ANDERSON and GREGORY A. LUMSDEN,<br><br>Defendants. | Case No. 3:03-CV-0684-N |

## ORDER

THIS CAUSE comes before the Court upon the parties' Joint Motion for Preliminary Approval of Settlement and Certification of a Settlement Class.

The Court, having reviewed the parties' Joint Motion for Approval of Settlement and Certification of a Settlement Class, and the record in this case, and being otherwise duly advised, it is hereby,

**ORDERED AND ADJUDGED** that:

1. The proposed class settlement in the form attached hereto as Exhibit A to the Joint Motion is preliminarily approved;

2. The Class, and the proposed Subclasses, as detailed in the memorandum of law, are certified for purposes of this settlement;

3. The forms of Notice attached to the Joint Motion as Exhibits 1A, 1B, and 1C, and manner of notice as detailed in the memorandum of law are approved;

4. The Claim Form/FLSA Consent Forms attached to the Joint Motion as Exhibit 2A, 2B, and 2C are approved;

5. The proposed schedule providing for dissemination of notice, objections to the settlement and opting-out of the Class and setting the hearing on final approval is approved.

**DONE AND ORDERED** this 31 day of March, 2005

HONORABLE DAVID C. GODBEY
United States District Court Judge