ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 1 5 2005
CLERK, U.S. DISTRICT COURT
By _____
       Deputy

| | |
|---|---|
| JASON WALKER, GARY HAWTHORNE, ANTHONY ROSS, WILLIAM BARRETT, DONNA McGRATH and MICHAEL ROULHAC, on behalf of themselves and all others similarly situated, § § § § § § § | |
| Plaintiffs, § | Case No. 3:03-CV-0684-N |
| vs. § | |
| COUNTRYWIDE CREDIT INDUSTRIES, INC. n/k/a COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE HOME LOANS OF TEXAS, INC., FULL SPECTRUM LENDING, INC., ANGELO R. MOZILO, STANFORD L. KURLAND, THOMAS H. BOONE, JOE ANDERSON and GREGORY A. LUMSDEN, § § § § § § § § § § | |
| Defendants. § § | |

## ORDER

THIS CAUSE comes before the Court upon the parties' Joint Motion for Final Approval of Settlement.

The Court, having reviewed the parties' Joint Motion for Final Approval of Settlement, and the record in this case, and being otherwise duly advised, it is hereby,

**ORDER ON JOINT BRIEF IN SUPPORT OF MOTION FOR FINAL APPROVAL OF SETTLEMENT -
Page 1**

**ORDERED AND ADJUDGED** that:

1. Grant final approval for the Settlement Agreement preliminarily approved by the Court on March 21, 2005;

2. Award Class Counsels' fees of $1,875,000 and expenses of $41,633.64 as requested herein;

3. Award a $7,500.00 incentive to each of the six (6) Class Representatives; and

4. Such further relief as to which Movants may be entitled.

**DONE AND ORDERED** this 15th day of August, 2005

_____
HONORABLE DAVID C. GODBEY
United States District Court Judge